B104 (FORM 104) (08/07)

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|

| PLAINTIFFS  ANTONIO RODRIGUEZ-MORALES  MARIA LUISA RAMOS-RODRIGUEZ | DEFENDANTS  WESTERN UNION FINANCIAL SERVICES, INC. |
|---|---|
| ATTORNEYS (Firm Name, Address, and Telephone No.)  ENRIQUE GONZALEZ MARTI  (787)738-6212  PO BOX 372347 cayey, pr 00737-2347 | ATTORNEYS (If Known)  KNOWN |

| PARTY (Check One Box Only)  ☒Debtor   ☐ U.S. Trustee/Bankruptcy Admin  ☐ Creditor   ☐ Other  ☐ Trustee | PARTY (Check One Box Only)  ☐ Debtor   ☐ U.S. Trustee/Bankruptcy Admin  ☐ Creditor   ☒ Other  Service Company  ☐ Trustee       for debtor |
|---|---|

CAUSE OF ACTION (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

INJUCTION AS EQUITABLE REMEDY, UNDER BANKRUPTCY RULES OF PROCE-
DURE-7001 (7) TO PRODUCE IBFORMATION ON RECEIVE OF PAYMENTS
THROUGH DEFENDANTS SERVICES.

**NATURE OF SUIT**

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny
(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability -§523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☒ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ |
| Other Relief Sought | |

B104 (FORM 104) (08/07), Page 2

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR ANTONIO RODRIGUEZ, MORALES MARIA LUIS RAMOS- RODRIGUEZ | BANKRUPTCY CASE NO. 12-00886-13 / 12-02970-13 | |
| DISTRICT IN WHICH CASE IS PENDING PUERTO RICO | DIVISION OFFICE | NAME OF JUDGE BRIAN K. TESTER |

| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
|---|---|---|
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |

SIGNATURE OF ATTORNEY (OR PLAINTIFF)

| DATE Sept. 25/2012 | PRINT NAME OF ATTORNEY (OR PLAINTIFF) ENRIQUE GONZALEZ-MARTI (ATTORNEY) |
|---|---|

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

UNITED STATES OF BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

2012 SEP 25 PM 2: 00

U.S. BANKRUPTCY COURT
FOR THE DISTRICT OF
PUERTO RICO

IN RE:

ANTONIO RODRIGUEZ-MORALES          CASE NUM: 12-00886 -13 *BKT*

MARIA L. RAMOS- RODRIGUEZ

      Debtors                          *CHAPTER 13*

---

ANTONIO RODRIGUEZ-MORALES
MARIA L. RAMOS- RODRIGUEZ

Vs.

WESTERN UNION FINANCIAL SERVICES, INC.          Adv. No_____

Mandatory Injiction: Bankcrupcy
Rules of Procedure Sec.7001-7004,
Federal Rules of Civil Procedure-
Rule 65. (Non-Stay Injuction)

-----------------------------------------------------------------------------------

ADVERSARY PROCEEDING

COMPLAINT

TO THE HONORABLE COURT:

      Comes now the debtors in the above captioned bankcrupcy case and Very

Respectfully and alleges and prays:

      I-THE PARTIES

      1-Plaintiff-Antonio Rodriguez Morales and Maria Luisa Ramos, debtors in the above



2-

captined Bankcrucy Cases Number 12-0086-13 and 12-02970-13.

2-Defendant-Western Union Financial Services, Inc., corporación doing business in

Puerto Rico.

Address Registered Department of State of PR:

6200 S. Quebec Street, Colorado 80111

C/O FGR Corporate Services, Inc., CCV Tower, 8th Floor, 254 Muñoz Rivera Ave.

San Juan, PR 00918

II-JURISDICTION AND VENUE

1-Jurisdiction is invoked in the instant case persuant to Part VII of Bankcrupcy Rules of

Procedure, specifically Sec.7001 (7) and Sec. 7004 and the Federal Civil Procedure

Rules, as modified by such VII Part. Secc. 7001 (7) permits for a part in a banckrupcy

to obtain injunctive relieve or other equitable relief and Sec. 7004 -7087 stablishes

the pleading process. Also, persuant to T. 28 USC 1334 (a)(b)((c)(1).

III-GENERAL ALLEGATIONS

A-The debtors in Banckrupcy Joinded Cases No. 12-0086-13 and 12-02970-13

made their mortgage payments to Citimortgage throught the services of

Western Union from 01-23-07 to01-15-11.

B-Citimortgage alleges that the payments were no received and did no credit

such payments to their mortgage account.

C-As a a result, Citimortgage file a complaint in the local courts alleging default

in the mortgage payments, reuesting to execute thedebtors mortgage and



3-

obtained the corresponding Decree in their favor to execute the mortgage.

The case was ready for foreclosure.

D-The debtors filed the Petition te seek the protection under the Bakcrupcy

Code, 11 USC-Chap. 13 in consolidated Bankcrupcy Cases 12-00886-13

and 02970-13 in order to protect their home.

E-In order to confirm if the payments were received or not by Citimortgage,

debtors requested, by Certify Mail, to Westen Union to certify by whom did

received the payments sent by the debtors. A list of the payments, the dates

and the MCTN numbers were included. No answer was received from Western

Union. So, the debtors were not able to confirm the receipt of the payments made.

F-Having no other means to confirm if the paymets were received and by whom,

the debtors now request from the Hon. Court a mandatory injuction, as an

equitable relief, ordering Western Union to inform them, in base of the lists and

MCTN numbers the person or entity who received the payments sent throught

their services as requested in the letter sent to them by this Attorney dated march

8, 2012, included as part of this petition.

IV-RELIEF REQUESTED

WHEREFORE, Plaintiff Very Respectfully requests the Honorable Court to,

previous all legal procedures requiered, to enter an injuctive order directed to the respondent,

ordering Western Union Financial Services, Inc. to inform in writing to the plaintiff the entity

or person who recived the payments sent to Citimortgage throught their cable service

in the following MCTN Number and dates:

4-

| MCTN# | DATE |
|---|---|
| 079-192-4771 | 01/23/2007 |
| 697-766-7377 | 07/31/2009 |
| 284-612-9072 | 10/16/2009 |
| 894-456-9620 | 11/16/2009 |
| 031-886-3920 | 12/16/2009 |
| 381-312-9556 | 01/16/2010 |
| 221-942-7918 | 01/16/2010 |
| 868-888-0145 | 03/16/2010 |
| 798-370-7880 | 04/16/2010 |
| 805-423-3570 | 05/15/2010 |
| 794-743-1115 | 06/16/2010 |
| 089-218-6957 | 07/16/2010 |
| 548-813-8845 | 08/16/2010 |
| 763-342-0991 | 09/16/2010 |
| 333-443-5339 | 10/16/2010 |
| 818-955-4308 | 12/16/2010 |
| 954-513-5130 | 02/16/2011 |
| 314-374-9213 | 01/15/2011 |

Cayey, Puerto Rico this        of Sepember, 2012.

ENRIQUE GONZALEZ MARTI
PO BOX 372347-Cayey, PR 00737-2347
Tel./Fax: 787-738-6212------Cell. 787-585-8097
E-MAI: egonzalezmarti@gmail.com

# ENRIQUE GONZALEZ MARTI
## ABOGADO-NOTARIO
Colegiado #5165
Carrion Maduro #58-Cayey, P.R. 00736

PO BOX 372347                                    Tel./Fax: 787-738-6212
CAYEY, PUERTO RICO 00737-2347                    CELL. 787-585-8097
                                                 Email: egonzalezmarti@gmail.com

---

March 8, 2012

WESTERN UNION FINANCIAL SERVICES, INC.
PO BOX 4430, BRIDGETOWN
MISSOURI 63044

Genttlemen:

Our office has taken the legal representation of Mr. And Mrs. Antonio Rodriguez (xxx-xx-8209 and xxx-xx-6499 repetively), residents of Calle 10#36, Bda. Polvorín, Cayey, Puerto Rico 00736. This clients sent a number of payments through that Company for varius years to their mortgage bank., Citi Mortgage, Inc. At the legal process we are involved, we need to know and be able to prove who received such payments.

The payments are as follows:

| MCTN # | DATE |
|---|---|
| 079-192-4771 | 01-23-2007 |
| 697-766-7377 | 07-31-09 |
| 284-612-9072 | 10-16-2009 |
| 894-456-9620 | 11-16-2009 |
| 031-886-3920 | 12-16-2009 |
| 381-312-9556 | 01-16-2010 |
| 221-942-7918 | 01-16-2010 |
| 868-888-0145 | 03-16-2010 |
| 798-370-7880 | 04-16-2010 |
| 805-423-3570 | 05-15-2010 |
| 794-743-1115 | 06-16-10 |
| 089-218-6957 | 07-16-10 |
| 548-813-8845 | 08-16-10 |
| 763-342-0991 | 09-16-2010 |
| 333-443-5339 | 10-16-2010 |
| 819-955-4308 | 12-16-2010 |

-2-

954-513-5130-------02-16-2011
314-374-9213-------01-15-2011

Please certify who received such money trasfers as soon as possible. Also, you

can inform us of the cost for such request by the following telephone: 1-787-585-8097

Yours,
Enrique Gonzalez Marti, ESQ.

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

BRIDGETON MO 63044

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ $0.45 | 0725 |
| Certified Fee | $2.95 | 14 |
| Return Receipt Fee (Endorsement Required) | $2.35 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $5.75 | 03/13/2012 |

Sent To
Wester Union Financial Service, Inc.

Street, Apt. No.; or PO Box No. P.O. Box 4430

City, State, ZIP+4 Bridgetown, Misouri - 63040

PS Form 3800, August 2006          See Reverse for Instructions

7011 1570 0002 3715 6668

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ☒ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>☒ Print your name and address on the reverse so that we can return the card to you.<br>☒ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature EXPEDITE DSI<br>X ☐ Agent ☐ Addressee<br><br>B. Received by (Printed Name) MAR 2 0 2012  C. Date of Delivery<br><br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Wester Union Financial Services, Inc.<br>P.O. Box 443<br>Bridgetown<br>Misouri - 63044 | |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7011 1570 0002 3715 6668 |

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540